UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D.M. et al.,

                Plaintiffs,

-against-

CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2024
```

23-cv-9736 (MKV)

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of letters from the parties stating that they have reached a settlement in principle [ECF Nos. 18, 19]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by September 19, 2024. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

      The Clerk of Court respectfully is requested to terminate the motion at docket entry 11.

**SO ORDERED.**

**Date: August 19, 2024**
**New York, NY**

                _/s/ Mary Kay Vyskocil_
                **MARY KAY VYSKOCIL**
                **United States District Judge**